**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------X
  RAQUEL S. BRAMWELL.,

                       Plaintiff,               25 **CIVIL** 07148 (LLS)

      -v-                              **JUDGMENT**

MONTEFIORE MEDICAL CENTER,

                       Defendant.
------------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Second Order of Dismissal dated March 25, 2026, the Court dismisses the amended complaint, filed IFP under 28 U.S.C. § 1915(a)(1), for failure to state a claim on which relief may be granted. See 28 U.S.C. § 1915(e)(2)(B)(ii). The Court declines to exercise supplemental jurisdiction of Plaintiffs state law claims. See 28 U.S.C. § 1367(c)(3).

**Dated:**  New York, New York

     March 27, 2026

                                     **TAMMI M. HELLWIG**
                                _____
                                   **Clerk of Court**

                          **BY:**

                                    _____
                                 **Deputy Clerk**